**Order entered January 13, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01005-CV

### IN THE INTEREST OF E.W.M., A CHILD

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-53699-2018**

## ORDER

Before the Court is appellant's January 8, 2020 motion for extension of time to file his amended brief. The brief, however, was timely filed. Accordingly, we **DENY** the motion as moot. Appellee's brief shall be filed no later than February 10, 2020.

/s/     ERIN A. NOWELL
JUSTICE